IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:   06-mj-00131-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAY R. McAHREN,
    Defendant.

---

**ORDER**

---

The Court, having reviewed the Violation Notice and considered the government's Motion to Set and Accept Collateral Forfeiture and Close Case in this matter;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**/~~DENIED~~.

DATED this 15th day of November, 2006.

BY THE COURT:

_____
DAVID L. WEST
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

cc:    James M. Candelaria, AUSA
       Defendant/Defense Counsel